**EISENBERG RAIZMAN THURSTON & WONG LLP**
Adam J. Thurston (SBN 162636)
Melissa B. Bonfiglio (SBN 223172)
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4400
Facsimile:   (310) 445-4410
E-mail:  athurston@ertwllp.com
            mbonfiglio@ertwllp.com

JS-6

Attorneys for Plaintiff
The Biodegradable Products Institute

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Biodegradable Products Institute, a Delaware corporation,<br><br>                    Plaintiff,<br>          v.<br><br>Brandon Le, an individual; Stanley Wells, an individual; Van Le, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  2:08-cv-03661-FMC-VBKx<br><br>**ORDER FOR DISMISSAL OF ACTION WITH RETENTION OF JURISDICTION FOR PURPOSE OF ENFORCING SETTLEMENT**<br><br>Pre-Trial Conf.: August 3, 2009<br>Trial:              September 8, 2009<br><br>The Hon. Florence Marie Cooper, Presiding |

In accordance with the Stipulated Permanent Injunction Order (the "Stipulated Permanent Injunction") filed concurrently herewith and incorporated herein by this reference, and good cause appearing therefore, it is hereby ORDERED as follows:

1. The above-captioned action is hereby dismissed subject to the terms of the Stipulated Permanent Injunction;

2. The Court expressly retains jurisdiction for the purposes of enforcing the Stipulated Permanent Injunction and this Order of Dismissal, including without limitation, entering judgment against Brandon Le, if necessary, upon the filing of an ex parte application setting forth the violation of the Stipulated Permanent Injunction by Brandon Le;

3. Upon the filing by The Biodegradable Products Insitute of (a) an ex parte application; (b) the Stipulation for Entry of Judgment, a copy of which is attached to the Stipulated Permanent Injunction as Exhibit A and incorporated herein by this reference; and (c) a supporting declaration of counsel setting forth the fact of violation of the Stipulated Permanent Injunction, the Court may enter Judgment against Brandon Le in the form set for the in the [Proposed] Judgment attached to the Stipulation for Entry of Judgment as Exhibit 1 and incorporated herein by this reference, or in such other form that may be acceptable to the Court;

4. Any subsequent filings that may be necessary for the purposes of enforcement of the Stipulated Permanent Injunction, including without limitation, the ex parte application and related documents referenced in Paragraph 3, above, may be filed under the same caption and case number pursuant to this Order retaining jurisdiction, it shall not be necessary to file a new lawsuit.

Dated: December 11, 2008

_____
United States District Court Judge